**Harry L. DAVIS, Petitioner and Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 26111.**

United States Court of Appeals, Ninth Circuit.

May 12, 1971.

Harry L. Davis, in pro. per.

Richard Burke, U. S. Atty., Fred C. Mather, Morton Sitver, Asst. U. S. Attys., Phoenix, Ariz., for appellee.

Before CHAMBERS and HUFSTEDLER, Circuit Judges, and FERGUSON, District Judge.

PER CURIAM:

The order denying without a hearing the motion for relief under 28 U.S.C. § 2255 is affirmed. See Sims v. United States, 272 F.Supp. 577, affd. (4th Cir.) 382 F.2d 294, cert. denied 390 U.S. 961, 88 S.Ct. 1062, 19 L.Ed.2d 1158. Cf. Brady v. United States (1970) 397 U.S.

ered them in the companion case, Williams v. Dutton, 400 F.2d 797. See also United States ex rel. Williams v. Dutton, 431 F.2d 70.

742, 90 S.Ct. 1463, 25 L.Ed.2d 747. Cf. Hinds v. United States (9th Cir. 1970), 429 F.2d 1322.

The defendant was carefully and fairly treated at the time he entered his guilty plea to one count of bank robbery.

**Raudel ORTEGA–MOHARO, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, George K. Rosenberg, Director, Respondent.**

**No. 26580.**

United States Court of Appeals, Ninth Circuit.

May 11, 1971.

David C. Marcus (argued), Los Angeles, Cal., for petitioner.

James R. Dooley (argued), Asst. U. S. Atty., Robert L. Meyer, U. S. Atty., Los Angeles, Cal., Stephen M. Suffin, Atty., of INS, San Francisco, Cal., Joseph Sureck, Regional Counsel of INS, San Pedro, Cal., John N. Mitchell, Atty. Gen. of U. S., Washington, D. C., for respondent.

Before CHAMBERS and HUFSTEDLER, Circuit Judges, and KELLEHER, District Judge.*

PER CURIAM:

The order of deportation is affirmed.

Petitioner asserts he was illegally arrested and, therefore, as an alien he can't be deported.

In principle, the case is not unlike the theory of Ramirez et al. v. Lozoya, 9 Cir., 253 F.2d 85, cert. denied, 357 U.S. 941, 78 S.Ct. 1391, 2 L.Ed.2d 1554.

* The Honorable Robert J. Kelleher, United States District Judge for the Central District of California, sitting by designation.